GEORGE A. BREWER, JR., v. AIDA S. BREWER.— Motion to dismiss appeal granted, with $10 costs. Present — Peck, P. J., Cohn, Callahan, Bastow and Rabin, JJ.

In the Matter of DOUGLAS E. HEILBRUN, Appellant, against JAMES R. MACDUFF, as Commissioner of Motor Vehicles, Respondent.— Motion to dismiss appeal granted, with $10 costs. Present — Peck, P. J., Cohn, Callahan, Bastow and Rabin, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. AMEDIO CIANCI, Appellant.— Motion to dismiss appeal granted. Present — Peck, P. J., Cohn, Callahan, Bastow and Rabin, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. MAGGIE DAVIS, Appellant.— Motion to dismiss appeal granted. Present — Peck, P. J., Cohn, Callahan, Bastow and Rabin, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. GEORGE JACKSON, Appellant.— Motion to dismiss appeal granted. Present — Peck, P. J., Cohn, Callahan, Bastow and Rabin, JJ.

97 FIFTH AVENUE CORPORATION, Respondent, v. MAX SCHATZBERG, Appellant. — Stay contained in the order to show cause dated December 21, 1954, and continued in the order of this court dated January 18, 1955, be and the same is vacated and set aside. Present — Peck, P. J., Cohn, Callahan, Bastow and Rabin, JJ. [See ante, p. 807.]

JAMES CASSARO et al. v. PENNSYLVANIA RAILROAD COMPANY et al.— Motion to dismiss appeal granted, with $10 costs. Present — Peck, P. J., Cohn, Callahan, Bastow and Rabin, JJ.

JAMES CASSARO et al. v. PENNSYLVANIA RAILROAD COMPANY et al.— Motion to dismiss appeal granted, with $10 costs. Present — Peck, P. J., Cohn, Callahan, Bastow and Rabin, JJ.

## (February 15, 1955.)

ADA U. RENKOFF, Appellant, v. HERMAN RENKOFF, Respondent.

*Per Curiam.* The present decree for alimony was procured in 1937, and, therefore, was subject to the power of the court to annul, modify or vary same (Civ. Prac. Act, § 1170). It was unlike the decree in *Livingston* v. *Livingston*